### 32887. SCARBOBO *v.* THE STATE.

MacINTYRE, P.J. This court in a judgment entered in this case (*Scarboro v. State,* 82 *Ga. App.* 273, 60 S. E. 2d, 658), affirmed the judgment of the Superior Court of Houston County, and the Supreme Court on certiorari having reversed the judgment of this court (*Scarboro* v. *State,* 207 *Ga.* 449, 62 S. E. 2d, 168), the judgment of affirmance originally rendered by this court is vacated, and the judgment of the trial court is reversed.

*Judgment reversed. Gardner and Townsend, JJ., concur.*

DECIDED DECEMBER 2, 1950.

*Calvin B. Oliver, J. W. Bloodworth, J. D. Godfrey, Casey Thigpen, Harris, Chance & McCracken,* for plaintiff in error.

*Charles H. Garrett, Solicitor-General, William M. West,* contra.